# In the United States Court of Federal Claims

No. 03-2228L
(Filed November 17, 2006)

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                          *
HERITAGE MINERALS, INC., and              *
HOVSONS, INC.,                            *
                                          *
                Plaintiffs,               *
                                          *
        v.                                *
                                          *
THE UNITED STATES,                        *
                                          *
                Defendant.                *
                                          *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

_____

**SCHEDULING ORDER**

_____

     Pursuant to the request of the parties in their Joint Status Report filed with the Court on November 17, 2006, the Court schedules a telephonic status conference for December 19, 2006, at 10:30 A.M.  During the status conference, the parties shall discuss settling quantum.

 

                                                        _____
                                                        **MARY ELLEN COSTER WILLIAMS**
                                                       **Judge**